IN RE: HENRY J. VACCARO.

September 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. AARON DORSEY.

September 16, 1974. Petition for certification denied.

EVELYN FULLER v. SOLARTEMP CORPORATION.

September 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR MILBUTA.

September 16, 1974. Petition for certification denied.

JOSEPH KERNES v. FORD MOTOR COMPANY.

September 16, 1974. Petition for certification denied.

ELWOOD C. VERDE v.
NEW JERSEY STATE PAROLE BOARD.

September 16, 1974. Petition for certification denied.